UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-1706 (ABJ) |
| U.S. DEPARTMENT OF AGRICULTURE, U.S. FISH AND WILDLIFE SERVICE, and U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 28, 2019 Minute Order, Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants United States Department of Agriculture ("USDA"), United States Fish and Wildlife Service ("FWS"), and United States Environmental Protection Agency ("EPA") (collectively, "Defendants") respectfully submit this status report concerning the Freedom of Information Act ("FOIA") requests that are the subject of this action.

1. On April 23, 2019, Plaintiff identified the issues it believes exists with respect to Defendants' responses to the subject FOIA requests. Although Defendants do not concede that their responses are deficient, in an attempt to conserve the parties' and the court's resources and to eliminate or narrow any remaining issues, FWS and EPA provided additional information to Plaintiff concerning their withholdings and FWS identified additional documents (some of which require consultation with EPA and NOAA) which it processed and made a supplemental release to Plaintiff on May 24, 2019. In the supplemental release, FWS provided 814 pages, of which 758

pages were released in full, and 56 pages were released in part; and FWS continues to assert that 68 pages be withheld in full.  Additionally, FWS's consultation process is ongoing and it is still awaiting input from EPA for 13 documents.  Upon receipt of that information, FWS anticipates that it will provide a further supplemental response to Plaintiff for those 13 EPA documents, and two NOAA documents that NOAA completed consultation in late May.

2.  As noted in the last joint status report, in an attempt to resolve or narrow remaining issues, EPA advised that it was working with its subject matter experts to determine whether any additional information may be released.  EPA is continuing to do so.

3.  On June 24, 2019, Plaintiff provided Defendants with a narrowed list which contains all of the issues Plaintiff contends remain in dispute and will need to be briefed if the parties are unable to reach agreement to resolve them and proposed a schedule for further proceedings.  Defendants are currently reviewing Plaintiff's list of proposed issues and proposed schedule.

[Remainder of page intentionally left blank.]

4. In light of the foregoing, the parties respectfully request that they be permitted to continue their efforts to resolve or narrow any remaining issues and that they be permitted to file a further joint status report and proposed schedule for further proceedings on or before July 17, 2019.

Dated: June 25, 2019

Respectfully submitted,

*/s/ Margaret E. Townsend*
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Stephanie M. Parent*
Stephanie M. Parent, *Pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org

*Attorneys for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendants*