UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF AGRICULTURE, ) <br> U.S. FISH AND WILDLIFE SERVICE, and ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-1706 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's July 1, 2019 Minute Order, Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants United States Department of Agriculture ("USDA"), United States Fish and Wildlife Service ("FWS"), and United States Environmental Protection Agency ("EPA") (collectively, "Defendants") respectfully submit this status report concerning the Freedom of Information Act ("FOIA") requests that are the subject of this action.

### Plaintiff's Position

Plaintiff submitted the subject FOIA requests to the Defendant agencies on December 6, 2017, concerning the FWS and EPA agreement to delay indefinitely the Endangered Species Act consultations on the effects of three toxic chemicals. Complaint ¶¶ 35, 41, 55 (ECF 1). On July 20, 2018, Plaintiff filed its complaint. Complaint (ECF 1). On April 19, 2019, Defendants reported that each agency had completed its response to Plaintiff's FOIA request. Defs' Status Report (ECF 22). On April 23, 2019, Plaintiff detailed the issues it believed existed with respect to Defendants'

responses. Jt. Status Report ¶ 1 (ECF 25). On June 24, 2019, following a supplemental response from FWS, Plaintiff provided Defendants with a narrowed list to meet and confer on all the issues that Plaintiff contends remain in dispute. *Id.* ¶ 3. To date, EPA has not provided Plaintiff with the records first identified by Plaintiff April 23, 2019 and narrowed to four records on June 23, 2019. FWS produced two records on July 8, 2019, however, Plaintiff still disputes seven records that were identified in its April 23 and June 23, 2019 requests to confer. FWS has been consulting with EPA on 12 records since at least May 23, 2019. USDA has not provided any response to Plaintiff's April 23 or June 23, 2019 requests to confer. Defendants' proposal to slow-walk the few remaining issues for another 45 days is not reasonable in light of Plaintiff's efforts to confer on a narrow set of issues for nearly three months.

Plaintiff proposes the Court order the following schedule:

| | |
|---|---|
| August 7, 2019: | Each agency produce remaining records Plaintiff has identified in its June 23, 2019 letter or provide a draft *Vaughn* index for remaining disputed records; |
| August 14, 2019: | Parties meet and confer by telephone to attempt to further narrow the issues in dispute and establish a summary judgment briefing schedule, if necessary; |
| August 19, 2019: | Parties provide a joint status report to the Court, including the briefing schedule, if necessary. |

**Defendant's Position**

As noted in the parties' previous joint status reports, Defendants EPA and FWS are continuing to process the potentially responsive records, which includes consultations with other agencies and components concerning their equities in the records. On July 8, 2019, FWS made a further interim release to Plaintiff, and FWS and EPA anticipate that they will be making further interim releases in the next several weeks. FWS and EPA are not currently able to provide an estimated date for their next interim releases but anticipate that they will be able to do so within

the next 45 days.  Although Defendants are willing to continue efforts to resolve or narrow as many remaining issues as they can before the parties proceed with summary judgment briefing, they do not believe draft *Vaughn* indices or a meet and confer by the dates proposed by Plaintiff will further those efforts (and, indeed, will pull resources from the processing of the documents and delay the completion of production) and do not believe the Court should order the provision of draft *Vaughn* indices prior to summary judgment briefing.  Defendants propose that the parties be permitted to file a further joint status report on or before September 6, 2019.

Dated: July 17, 2019                                        Respectfully submitted,

*/s/ Margaret E. Townsend*
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Stephanie M. Parent*
Stephanie M. Parent, *Pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org

*Attorneys for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendants*